# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Copenhaver, Jr., John T | 2. Court or Organization

U.S.D.C. S.D. W.Va. | 3. Date of Report

08/13/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

United States District Judge | 5a. Report Type (check appropriate type)

☐ Nomination, Date
☐ Initial   ☒ Annual   ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2006
to
12/31/2006 |
| 7. Chambers or Office Address

P.O. Box 2546
Charleston, WV 25329 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Sarah & Pauline Maier Foundation, Inc. (non-prft) |
| 2. Administrator | Estate of ███████████████████ |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2007 AUG 20 P 12: 05
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 08/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

| X | NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

| X | NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp 25-27 of instructions.)*

| X | NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 08/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental #1, Charleston, WV 1/2 Appraisal 6/80 | A. | Rent | L | Q | | | | | |
| 2. Smith Barney Citigroup I 1/2 SB Money Funds C P CL A | A | Interest | J | T | | | | | |
| 3. Smith Barney Citigroup II, Citibank Nevada, FSB, NA | D | Interest | M | T | | | | | |
| 4. Smith Barney Citigroup, ● SB Money Funds C P CL A | A | Interest | K | T | | | | | |
| 5. Est.of ███████, 1/2 SB Money Funds C P CL A | A | Interest | J | T | | | | | |
| 6. Est.of ███████, 1/2 Bank One CD | A | Interest | J | T | | | | | |
| 7. Est.of ███████, 1/2 int., WesBanco stock | A | Dividend | K | T | | | | | |
| 8. Lts. ███████ WV-1/2-apprs'l 6/80 | A | None | J | Q | | | | | |
| 9. ███████ Bream, Kan.Co. 1/2-appraisal 6/80 | A | None | J | Q | | | | | |
| 10. Smith Barney Citigroup - IRA Large Cap Value Fund CLA | B | Dividend | K | T | | | | | |
| 11. Rental #2, Charleston, WV ● Purchased 11/83 | C | Rent | K | R | | | | | |
| 12. Rental #3, Charleston, WV ● Purchased 12/86 | A | Rent | K | R | | | | | |
| 13. Huntington Bancshares West Virginia, Inc. - Stock | C | Dividend | L | T | | | | | |
| 14. Exxon Mobil-Stock | A | Dividend | K | T | | | | | |
| 15. Bank One Chase - Mny Mkt Act Balance | A | Interest | L | T | | | | | |
| 16. Fidelity Trust Fund - shares | A | Dividend | J | T | | | | | |
| 17. U.S. Treasury Bonds | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | ▶ =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank One Chase Chkg Acct partially converted to Ln 20 entry | A | Dividend | K | T | | | | | |
| 19. U.S. Series EE Bonds - converted to Line 20 entry 2/1/06 | | None | | | | | | | |
| 20. Bank One Chase CD (H&S) | C | Interest | L | T | | | | | |
| 21. Min. Int. Kan. Co. WV-1/4 of ▮ Rocky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 22. Min. Int. Kan. Co., WV-1/4 of ▮ Rocky Fork App 6/80 | A | Rent | J | Q | | | | | |
| 23. Min.Int. Kan. Co. WV-1/8 of ▮ Poca River - App'l 6/80 | A | Rent | J | Q | | | | | |
| 24. Min. Int. Kan. Co. WV-1/8 of ▮ Poca R. Hills-App6/80 | A | Rent | J | Q | | | | | |
| 25. Min. Int. Kan. Co. WV-1/2 of 11/48 of ▮ Poca R. App.6/80 | A | Rent | J | Q | | | | | |
| 26. Min. Int. Kan. Co. WV-1/8 of ▮ Grapevine Crk. App.6/80 | A | Rent | J | Q | | | | | |
| 27. Min.Int.Kan.Co. WV-1/2 of 5/48 of ▮ Tuppers Ck. App.6/80 | A | Rent | J | Q | | | | | |
| 28. Min.Int.Putnam Co., WV-1/2 of ▮ Kan. Hills-App.6/80 | A | Rent | J | Q | | | | | |
| 29. Min.Int. Putnam Co., WV-1/2 of ▮ Kan. Hills-App 6/80 | A | Rent | J | Q | | | | | |
| 30. Min. Int. Kan. Co., WV-Tate Lease/Colubmia Gas | A | Rent | J | W | | | | | |
| 31. Massmutual Corporate Invs Inc ● Mut Fd | B | Dividend | K | T | | | | | |
| 32. Neuberger & Berman Equity FDS (Focus) ● Mut Fd | D | Dividend | K | T | | | | | |
| 33. T. Rowe Price GNMA Fd ● Mut Fd | B | Dividend | K | T | | | | | |
| 34. T. Rowe Price New Income FD Inc ● Mut | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 08/13/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Fd | | | | | | | | | |
| 35. Vanguard Fixed Income Secs Fd (GNMA) Mut Fd ● | B | Dividend | K | T | | | | | |
| 36. Verizon Communications stock ● | A | Dividend | J | T | | | | | |
| 37. Prime Obligations Fund 396 ● | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copenhaver, Jr., John T | 08/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date    August 13, 2007

NOTE: ANY _____ IFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544